NUMBER 13-04-596-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

BONNIE E. CLINKSCALES, ET AL.,                                    Appellants,

v.

LLP MORTGAGE LTD.,                                                       Appellee.
____________________________________________________________________

On appeal from the 148th District Court
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellants, BONNIE E. CLINKSCALES, ET AL., perfected an appeal from a
judgment entered by the 148th District Court of Nueces County, Texas, in cause
number 04-167-E. The clerk’s record was filed on November 8, 2004. No reporter’s
record was filed. Appellants’ brief was due on December 8, 2004. To date, no
appellate brief has been received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On January 26, 2005, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellants were given ten
days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received.
         The Court, having examined and fully considered the documents on file,
appellants’ failure to file a proper appellate brief, this Court’s notice, and appellants’
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 10th day of March, 2005